# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Roy Lane Campbell ,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                      3:11-cv-190

Wayne Gaither and Ian Gaither,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2011 Order.

Signed: October 5, 2011

*Frank G. John*

Frank G. Johns, Clerk
United States District Court